IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA JOHNSON**                                                        **PLAINTIFF**
**#274401**

v.                              No. 4:25-cv-587-DPM

**RICK D. NASH, Retired Saline County
Deputy;  BRANDON HARRIS,
Undercover FBI Agent;  ERIC HIGGINS,
Sheriff, Pulaski County Detention
Facility;  and DOES, All Active and/or
Sitting Judges, Federal and State Judges**          **DEFENDANTS**

### ORDER

Johnson hasn't filed an amended complaint as directed;  and the
time to do so has passed.  *Doc. 3.*  His mail has been returned
undeliverable.  *Doc. 4.*  Because the Court suspects the complaint was
filed under Johnson's name by Ricky Ashley, a prolific filer in this
Court, it will not burden Johnson with the filing fee requirement.
Johnson's complaint will therefore be dismissed without prejudice,
and the Court's previous Order granting Johnson's motion to proceed
*in forma pauperis, Doc. 3*, is vacated.  LOCAL RULE 5.5(c)(2).  An *in forma
pauperis* appeal from this Order and accompanying Judgment would
not be taken in good faith.  28 U.S.C. § 1915(a)(3).  The Court directs the
Clerk to send a copy of this Order to the administrator of the Pulaski

County Detention Facility, 3201 West Roosevelt Road, Little Rock, Arkansas 72204.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

_____
7 August 2025