IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA JOHNSON #274401                                                          PLAINTIFF

v.                              No. 4:25-cv-587-DPM

RICK D. NASH, Retired Saline County
Deputy; BRANDON HARRIS,
Undercover FBI Agent; ERIC HIGGINS,
Sheriff, Pulaski County Detention
Facility; and DOES, All Active and/or
Sitting Judges, Federal and State Judges                                      DEFENDANTS

## JUDGMENT

Johnson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 August 2025